IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Harley T. Miller, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:17 CV 50393 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Amber Allen, et al. | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

     A status hearing was held on 2/15/2019 and the plaintiff failed to appear. The plaintiff was ordered to appear in person per the minute order entered on 2/12/2018 (See Dkt.# 34). It is this Court's Report and Recommendation that the case be dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation is due by 3/5/2019. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).
(:02)

Date: 2/19/2019                                           /s/ Iain D. Johnston
                                                                                 U.S. Magistrate Judge