# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Harley T. Miller, | ) | |
|     *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 17 CV 50393 |
| Amber Allen, *et al.*, | ) ) ) | |
|     *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [35] from the magistrate judge that this court dismiss this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is closed.

Date: 3/6/2019                                   ENTER:

                                                                                           _____
                                                                                           FREDERICK J. KAPALA

                                                                                          District Judge